```
 1  BRENDA MOODY WHINERY (#010677)
    United States Trustee
 2  District of Arizona

 3  RICHARD J. CUELLAR (WI #100631)
    Attorney
 4  Post Office Box 36170
    Phoenix, Arizona  85067-6170
 5  (602) 640-2100

 6                  UNITED STATES BANKRUPTCY COURT

 7                       DISTRICT OF ARIZONA

 8  In re:                        )    Chapter 11
                                  )
 9  STYLING TECHNOLOGY CORP.,     )    Case Nos. B-00-9473-ECF-CGC
    et al.,                       )    through 00-9483-ECF-CGC
10                                )
            Debtors.              )    Jointly Administered
11  _____)
    :    ALL DEBTORS OR           )    APPOINTMENT OF JOINT
12  9    SPECIFIED DEBTORS        )    COMMITTEE OF CREDITORS
                                  )
13  _____)

14         Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the

15  following creditors of the above-captioned debtor, being among

16  those holding the largest unsecured claims and who are willing to

17  serve, are appointed to the joint committee of creditors:

18         1.  Franklin High Income Fund/Trust
               Attn:  Richard Kuersteiner
19             777 Mariners Island Blvd.
               San Mateo, CA  94404
20             (650) 312-4525

21         2.  Bank of America Securities
               Attn: Jeffrey Peskind
22             9 West 57th Street
               New York, NY  10007
23             (212) 583-8190

24         3.  Oppenheimer Funds, Inc.
               Attn:  Keith Bachman
25             2 World Trade Center, 34th Floor
               New York, NY  10048
26             (212) 323-5044

27

28  . . .
```

```
 1          4.  Stonehill Capital Management, LLC
                Attn:  Wayne Teetsel
 2              126 E. 56th Street
                New York, NY  10022
 3              (212) 739-7474

 4          5.  Conseco Capital Management
                Attn:  Eric Johnson/Carl Mabry
 5              11825 N. Pennsylvania, #K1C
                Carmel, IN  46032
 6              (317) 817-6806

 7          6.  First Dominion Capital, LLC
                Attn:  William Jeffries
 8              1330 6th Avenue, 38th Floor
                New York, NY  10019
 9              (212) 603-8567

10         *7.  State Street Bank and Trust Company,
                   Indenture Trustee
11              Attn:  Laura Morse
                2 Avenue de Lafayette
12              Boston, MA  02111
                (617) 662-1753
13
    *Ex-officio/non-voting member
14
                                    Respectfully submitted,
15
                                    BRENDA MOODY WHINERY
16                                  United States Trustee
                                    District of Arizona
17

18
    Dated:   September 12, 2000.    _____
19                                  RICHARD J. CUELLAR
                                    Attorney
20
    Copies of the foregoing mailed to
21  the creditors appointed as listed
    above, and the following this
22  12th day of September, 2000:

23  Craig J. Bolton
    Greenberg Traurig, P.C.
24  One E. Camelback Road, #1100
    Phoenix, AZ  85012
25  Attorney for Debtors

26

27  _____

28                              - 2 -
```