```
 1  BRENDA MOODY WHINERY (#010677)
    United States Trustee
 2  District of Arizona

 3  RICHARD J. CUELLAR (WI #100631)
    Attorney
 4  Post Office Box 36170
    Phoenix, Arizona  85067-6170
 5  (602) 640-2100

 6                  UNITED STATES BANKRUPTCY COURT

 7                        DISTRICT OF ARIZONA

 8  In re:                        )   Chapter 11
                                  )
 9  STYLING TECHNOLOGY CORP.,     )   Case Nos. B-00-9473-ECF-CGC
    et al.,                       )   through 00-9483-ECF-CGC
10                                )
            Debtors.              )_  Jointly Administered
11                                )
    :    ALL DEBTORS OR           )   AMENDED APPOINTMENT OF
12  9    SPECIFIED DEBTORS        )   JOINT COMMITTEE OF
                                  )   CREDITORS
13  _____)
```

    On September 12, 2000, the United States Trustee appointed a committee of creditors in the above captioned matter. At this time an additional creditor is being added to the committee. Therefore, the United States Trustee hereby amends the list of creditors appointed to the committee of creditors as follows:

    1. Franklin High Income Fund/Trust
       Attn: Richard Kuersteiner
       777 Mariners Island Blvd.
       San Mateo, CA  94404
       (650) 312-4525

    2. Bank of America Securities
       Attn: Jeffrey Peskind
       9 West 57th Street
       New York, NY  10007
       (212) 583-8190

    3. Oppenheimer Funds, Inc.
       Attn: Keith Bachman
       2 World Trade Center, 34th Floor
       New York, NY  10048
       (212) 323-5044

```
 1         4.   Stonehill Capital Management, LLC
                Attn:  Wayne Teetsel
 2              126 E. 56th Street
                New York, NY  10022
 3              (212) 739-7474

 4         5.   Conseco Capital Management
                Attn:  Eric Johnson/Carl Mabry
 5              11825 N. Pennsylvania, #K1C
                Carmel, IN  46032
 6              (317) 817-6806

 7         6.   First Dominion Capital, LLC
                Attn:  William Jeffries
 8              1330 6th Avenue, 38th Floor
                New York, NY  10019
 9              (212) 603-8567

10        *7.   State Street Bank and Trust Company,
                  Indenture Trustee
11              Attn:  Laura Morse
                2 Avenue de Lafayette
12              Boston, MA  02111
                (617) 662-1753
13
         **8.      Bowne of Phoenix
14              Attn: Jerry Brown
                1500 N. Central Avenue
15              Phoenix, AZ 85004
                (602) 255-6135
16
   * Ex-officio/non-voting member.
17
   **Added to the committee.
18
                                    Respectfully submitted,
19
                                    BRENDA MOODY WHINERY
20                                  United States Trustee
                                    District of Arizona
21
```

Dated: October 5th, 2000. _____
RICHARD J. CUELLAR

. . .

- 2 -

| | |
|---|---|
| 1 | Copies of the foregoing mailed to the creditors appointed as listed |
| 2 | above, and the following this <u>5th</u> day of October, 2000: |
| 3 | |
| 4 | Craig J. Bolton<br>Greenberg Traurig, LLP<br>One E. Camelback Road, #1100 |
| 5 | Phoenix, AZ  85012<br>Co-Counsel for Debtors |
| 6 | |
| 7 | Carolyn Johnsen<br>Hebert, Schenk & Johnsen, P.C.<br>1440 E. Missouri, Suite 125 |
| 8 | Phoenix, AZ 85014-2459<br>Co-Counsel for Debtors |
| 9 | |
| 10 | Paul  Aronzon<br>Milbank, Tweed, Hadley & McCloy<br>601 S. Figueroa Street, 30th Floor |
| 11 | Los Angeles, CA 90017-5735<br>Attorney for Creditors' Committee |
| 12 | |
| 13 | _____ |

- 3 -